IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOREEN PORTER, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-4167 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |

## ORDER

AND NOW, this 1st day of September, 2009, upon consideration of the "objections to the report and recommendation filed by United States Magistrate Judge" (Doc. No. 19), for the reasons set forth in the memorandum above, it is hereby **ORDERED** that the objections are **DENIED**.

    S/ Lowell A. Reed, Jr.
    LOWELL A. REED, JR., Sr. J.